| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  PRATT, ROBERT W. | 2. Court or Organization  US DISTRICT COURT - SO IOWA | 3. Date of Report  04/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT COURT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  US COURTHOUSE 123 E. WALNUT STREET DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 10 P 12: 13 FINANCIAL DISCLOSURE OFFICE

Pratt, Robert W.

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Chicago Law School | January 2009 | Chicago, IL | Speaking engagement | Transportation, Lodging and Meals |
| 2. | Carlton Fields Law Firm | 5/20/09-5/22/09 | Tampa, FL | Speaker at National Federal Sentencing Guidelines Seminar | Transportation, Lodging and Meals |
| 3. | American Constitution Society | 7/14/09 | Washington, DC | Speaker at Annual Convention | Transportation, Lodging and Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | K | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 4. MS EMERGING MKTS DOMESTIC DEBT | C | Dividend | K | T | Buy (add'l) | 01/07/09 | J | | |
| 5. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 04/15/09 | J | | |
| 6. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 07/15/09 | J | | |
| 7. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Buy (add'l) | 10/15/09 | J | | |
| 8. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | | | Sold | 02/02/09 | K | | |
| 9. WESTERN DUBUQUE CO SD 3200 | A | Interest | | | Sold | 03/19/09 | K | | |
| 10. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | | | Sold | 03/19/09 | K | | |
| 11. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | A | Interest | | | Sold | 03/19/09 | K | | |
| 12. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | | | Sold | 03/19/09 | J | | |
| 13. WEST DES MOINES GO 3250 | A | Interest | | | Sold | 03/19/09 | J | | |
| 14. CONNECTICUT ST HLTH EDL FACS AUTH UIV HARTFORD SER-E 4.000 | A | Interest | | | Sold | 07/01/09 | K | | |
| 15. NYC GO SER-A 3000 | A | Interest | | | Sold | 08/03/09 | K | | |
| 16. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D 5150 | A | Interest | | | Sold (part) | 01/05/09 | J | | |
| 17. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D 5150 | | None | | | Sold | 09/01/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KANSAS ST DEPT TRANSN HWY REV SER-A 4800 | A | Interest | | | Sold | 09/01/09 | K | | |
| 19. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | | | Sold | 11/02/09 | K | | |
| 20. IOWA ST UNIV SCIENCE TECH REV REF UTIL 4150 | A | Interest | | | Sold | 11/02/09 | K | | |
| 21. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | J | T | | | | | |
| 22. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 23. IOWA CITY IA COMM SCH DIST 3000 | A | Interest | J | T | | | | | |
| 24. FLA HSG FIN CORP SER F 3400 | A | Interest | K | T | | | | | |
| 25. IA ST UNIV SCI & TECH 3300 | A | Interest | K | T | | | | | |
| 26. PUERTO RICO ELEC PWR AUTH SER SS 3300 | A | Interest | K | T | | | | | |
| 27. CENTRAL VALLEY SCH DIST ZERO | A | Interest | K | T | | | | | |
| 28. ILL ST CLG SVGS ZERO | A | Interest | J | T | | | | | |
| 29. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 30. PARIS TX GEN OBLIG 4000 | A | Interest | K | T | | | | | |
| 31. GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | A | Interest | | | Sold | 05/22/09 | K | | |
| 32. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 33. UNIV CONN REV SER A ZERO | A | Interest | J | T | | | | | |
| 34. WASHINGTON CNTY WISC GENL OBLIG PROM NTS 4.000% | A | Interest | | | Sold | 04/14/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 36. ALTOONA IA GO 3250 | A | Interest | K | T | | | | | |
| 37. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | B | Interest | L | T | | | | | |
| 38. BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | | | Sold | 08/03/09 | K | | |
| 39. PR HWYS TRANS 3400 | A | Interest | K | T | | | | | |
| 40. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 41. PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 42. OREGON ST DEPT ADMIN SVCS SALEM OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 43. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 44. SCHILLER PARK ILL GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 45. FULTON PEORIA & KNOX COS ILL SCH DIST ZERO CPN | A | Interest | L | T | | | | | |
| 46. MADISON WISC SWR-A 3125 | B | Interest | L | T | | | | | |
| 47. TACOMA PUB UTIL LIGHT & PWR 3700 | A | Interest | J | T | | | | | |
| 48. SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 49. INKSTER MI GEN OBLIG 4000 | C | Interest | M | T | | | | | |
| 50. PASCO WA GEN OBLIG 3750 | A | Interest | J | T | | | | | |
| 51. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | J | T | | | | | |
| 53. IA ST UNIV SCI & TECH 3500 | C | Interest | L | T | | | | | |
| 54. MINN HIGHER EDUC FACS AUTH 3625 | A | Interest | J | T | | | | | |
| 55. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | | | | | |
| 56. SCHILLER PARK ILL GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 57. DOUGLAS CO COLO SCH DIST 1 ZERO | A | Interest | K | T | | | | | |
| 58. WASH CTY UTAH SCH DIST 4000 | A | Interest | J | T | | | | | |
| 59. WRIGHT ST UNIV 3500 | A | Interest | J | T | | | | | |
| 60. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | A | Interest | K | T | | | | | |
| 61. LOUISIANNA ST GO GULF OPP 4000 | A | Interest | J | T | | | | | |
| 62. E-470 PUB HWY AUTH COLO ZERO | A | Interest | L | T | | | | | |
| 63. ALASKA ST INTL AIRPORTS 4000 | B | Interest | K | T | | | | | |
| 64. METRO WASH DC AIRPORT AUTH 4125 | A | Interest | J | T | | | | | |
| 65. MODESTO CA IRR DIST 4000 | A | Interest | K | T | | | | | |
| 66. WILL CNTY ILL SCH DIST NO 122 ZERO | A | Interest | J | T | | | | | |
| 67. FAYETTE CNTY KY SCH DIST 3375 | A | Interest | J | T | | | | | |
| 68. LAKE CNTY ILL CMNTY SCH DIST NO 050 ZERO | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DENVER CO CONV CTR HOTEL 4000 | A | Interest | K | T | | | | | |
| 70. FLORIDA ST BRD ED FL INTL UNIV 3750 | A | Interest | J | T | | | | | |
| 71. WALLA WALLA WASH WATER & WASTE 3625 | C | Interest | M | T | | | | | |
| 72. VIRGINIA HSG DEV COMWLTH SER A 4250 | B | Interest | K | T | | | | | |
| 73. APOPKA FLA UTIL SYS REF IMPT 4200 | A | Interest | J | T | | | | | |
| 74. POWAY CALIF UNI SCH DIST SPL TAX 4000 | B | Interest | L | T | | | | | |
| 75. OGLE & WINNEBAGO CNTYS SCH DIST ZERO | A | Interest | J | T | Buy | 12/17/09 | J | | |
| 76. RIVERSIDE CNTY PALM DESERT CA FIN AUTH 3900 | A | Interest | J | T | | | | | |
| 77. INDIANAPOLIS GAS UTIL DIST SYS 3500 | B | Interest | K | T | Buy | 02/06/09 | K | | |
| 78. DES MOINES STORM WATER 4200 | B | Interest | L | T | | | | | |
| 79. PUERTO RICO PUB IMPR ZERO | A | Interest | K | T | Buy | 12/17/09 | K | | |
| 80. STATE UNIV IOWA REC FACS 4000 | A | Interest | K | T | | | | | |
| 81. ALASKA ST HSG FIN CORP 4250 | C | Interest | L | T | | | | | |
| 82. WINNEBAGO BOONE ETC CNTYS ILL ZERO | A | Interest | J | T | Buy | 12/18/09 | J | | |
| 83. OSCEOLA CNTY FL SCH BOARD 3500 | A | Interest | J | T | Buy | 08/10/09 | J | | |
| 84. WAUKEE IOWA CMNTY SCH DIST 4000 | A | Interest | J | T | Buy | 08/04/09 | J | | |
| 85. MIAMI DADE CNTY FL EXPWY AUTH TOLL SYS 4250 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 87. JEA FLA WTR & SWR SYS REV 4400 | A | Interest | | | Sold | 03/06/09 | K | | |
| 88. STATE UNIV IOWA UTIL SYS 4000 | A | Interest | K | T | | | | | |
| 89. CLARK CNTY NEV GEN OBLIG 3500 | B | Interest | K | T | Buy | 03/19/09 | K | | |
| 90. OHIO ST HOSP CLEVE CLINIC 3750 | B | Interest | K | T | Buy | 08/12/09 | K | | |
| 91. WYLIE CITY TEX COMB TAX REV 4000 | A | Interest | K | T | | | | | |
| 92. DES MOINES IOWA STORMWATER 4500 | C | Interest | M | T | | | | | |
| 93. ANKENY IA COMM SCH DIST 4000 | B | Interest | L | T | | | | | |
| 94. ST CLAIR CNTY ILL GEN OBLIG ZERO | A | Interest | K | T | Buy | 12/18/09 | K | | |
| 95. DELTONA FLA TRANS CAP IMPT 4375 | A | Interest | J | T | Buy | 03/20/09 | J | | |
| 96. COVINA CALIF PUB FIN WASTEWATER 3500 | A | Interest | J | T | Buy | 08/03/09 | J | | |
| 97. CLARK CNTY NEV GEN OBLIG 3500 | A | Interest | K | T | Buy | 03/19/09 | K | | |
| 98. INDIANAPOLIS IN WATER WORKS 4000 | B | Interest | K | T | Buy | 08/03/09 | K | | |
| 99. WYLIE CITY TEX COMB TAX REV 4000 | A | Interest | K | T | | | | | |
| 100. STERLING HEIGHTS MICH TRANS FD 4000 | A | Interest | K | T | | | | | |
| 101. NEVADA STATE HIGHER EDUC 3400 | B | Interest | K | T | Buy | 03/19/09 | K | | |
| 102. RENO CITY NEVADA GEN OBLIG 4500 | B | Interest | L | T | Buy | 07/01/09 | L | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KANE COOK & DUPAGE CNTYS ILL 4000 | A | Interest | K | T | Buy | 03/20/09 | K | | |
| 104. IOWA ST UNIV SCIENCE & TECH 4000 | A | Interest | J | T | | | | | |
| 105. FLORIDA ST DEPT ENVIRONMENTAL PROTN PRES 5000 | B | Interest | L | T | | | | | |
| 106. CLARK CNTY NEV BOND BK 5000 | B | Interest | L | T | | | | | |
| 107. CLARK CO NV VEGAS ARPT FAC 4750 | A | Interest | J | T | Buy | 03/19/09 | J | | |
| 108. ALASKA ST INTL ARPTS SYS 5000 | A | Interest | J | T | | | | | |
| 109. ALASKA MUN BND BK SER-1 4500 | B | Interest | K | T | Buy | 01/20/09 | K | | |
| 110. TENNESSEE ENERGY ACQUISITION CORP GAS REV 5000 | B | Interest | K | T | | | | | |
| 111. UNIVERSITY WASH UNIV REV 4500 | B | Interest | K | T | | | | | |
| 112. COLUMBUS OHIO SWR REV 4500 | B | Interest | L | T | | | | | |
| 113. IOWA ST UNIV ACADEMIC BLDG 4375 | C | Interest | M | T | | | | | |
| 114. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 115. MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 116. ABS NOTES ON S&P 500 INDEX | A | Interest | K | T | Buy | 01/23/09 | K | | |
| 117. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | | | | | |
| 118. PLUS ON DOW JONES INDUSTRIAL AVG | A | Dividend | | | Sold | 05/20/09 | J | | |
| 119. PLUS ON ISHARES EEM FUND | A | Dividend | | | Sold | 07/20/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PLUS ON ISHARES MSCI EAFE INDEX | A | Dividend | | | Sold | 01/20/09 | K | | |
| 121. PLUS ON S&P 500 INDEX | A | Dividend | | | Sold | 01/20/09 | K | | |
| 122. BANK OF AMERICA CORP 7250 | A | Dividend | J | T | | | | | |
| 123. CREDIT SUISSE GU 7900 | A | Dividend | J | T | | | | | |
| 124. DB CAPITAL FUNDING X 7350 | A | Dividend | J | T | | | | | |
| 125. HSBC HOLDINGS PLC 8125 | B | Dividend | J | T | | | | | |
| 126. ING GROEP NV 7375 | A | Dividend | J | T | | | | | |
| 127. AT&T CORP 6.000% | A | Interest | | | Sold | 03/16/09 | K | | |
| 128. GMAC 5625 | A | Interest | | | Sold | 05/18/09 | K | | |
| 129. COMMODITY JUMP CPN BY MS ZERO CPN | A | Interest | K | T | | | | | |
| 130. NATIONAL RURAL UTILITIES 4250 | A | Interest | K | T | Buy | 01/22/09 | K | | |
| 131. STEELCASE INC 6500 | A | Interest | J | T | Buy | 06/30/09 | J | | |
| 132. FORD MOTOR CREDIT 5850 | C | Interest | K | T | | | | | |
| 133. NATIONAL RURAL UTILITIES COOP 4550 | B | Interest | K | T | Buy | 04/23/09 | K | | |
| 134. CAP PRTECT NOTE ON FX BASKET ZERO | A | Interest | K | T | Buy | 06/23/09 | K | | |
| 135. PSEG POWER LLC 6000 | B | Interest | K | T | Buy | 01/21/09 | K | | |
| 136. AMERICAN EXPRESS 5875 | C | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DOW CHEMICAL CORP 7250 | B | Interest | K | T | | | | | |
| 138. DUAL PARTICIPATION COMMODITY ZERO CPN | A | Interest | J | T | | | | | |
| 139. SOUTHWEST AIRLINES CO 5250 | B | Interest | K | T | Buy | 05/07/09 | K | | |
| 140. INTL PAPER CO 5250 | A | Interest | K | T | Buy | 08/13/09 | K | | |
| 141. PROLOGIS TRUST 5625 | A | Interest | J | T | Buy | 11/24/09 | J | | |
| 142. SOUTHWEST AIRLINES CO 5750 | A | Interest | J | T | Buy | 09/18/09 | J | | |
| 143. MOSAIC CO REG S 7625 | B | Interest | K | T | Buy | 08/25/09 | K | | |
| 144. MORGAN STANLEY 6000 | A | Interest | J | T | | | | | |
| 145. GMAC 7375 | B | Interest | J | T | | | | | |
| 146. AMERICAN INTL GROUP 7700 | A | Interest | J | T | | | | | |
| 147. CITIGROUP CAP XIX 7250 | A | Interest | J | T | | | | | |
| 148. WACHOVIA CAPITAL TRUST X 7850 | A | Interest | J | T | | | | | |
| 149. WELLS FARGO CAPITAL XII 7875 | A | Interest | J | T | | | | | |
| 150. FED FARM CR BK 4900 | A | Interest | | | Sold | 03/06/09 | K | | |
| 151. MORGAN STANLEY BANK S&P 500 CD ZERO COUPON | A | Interest | L | T | | | | | |
| 152. JP MORGAN S&P 500 EQUITY CD ZERO COUPON | A | Interest | K | T | | | | | |
| 153. CAPMARK BANK MIDVALE UT CD 5050 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. WELLS FARGO BK ZERO CPN | A | Interest | J | T | | | | | |
| 155. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 156. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 157. ABBOTT LABORATORIES | A | Dividend | K | T | Buy | 05/21/09 | J | | |
| 158. ABBOTT LABORATORIES | A | Dividend | | | Buy (add'l) | 06/05/09 | J | | |
| 159. ABBOTT LABORATORIES | A | Dividend | | | Buy (add'l) | 08/12/09 | J | | |
| 160. ALTRIA GROUP INC | A | Dividend | J | T | Buy | 02/13/09 | J | | |
| 161. AT&T INC | B | Dividend | K | T | Buy (add'l) | 01/20/09 | J | | |
| 162. AT&T INC | A | Dividend | | | Buy (add'l) | 06/05/09 | J | | |
| 163. BOEING CO | A | Dividend | J | T | Buy (add'l) | 02/02/09 | J | | |
| 164. BOEING CO | A | Dividend | | | Buy (add'l) | 02/10/09 | J | | |
| 165. COCA COLA CO | A | Dividend | J | T | Buy | 08/13/09 | J | | |
| 166. DWS DREMAN VALUE INC EDGE FUND | A | Dividend | J | T | | | | | |
| 167. GENERAL ELECTRIC CO | A | Dividend | J | T | Buy (add'l) | 01/20/09 | J | | |
| 168. ISHARES S&P 100 INDEX FD | A | Dividend | J | T | | | | | |
| 169. PLUS ON TR FTSE/XINHUA CHINA | A | Dividend | J | T | Buy (add'l) | 08/17/09 | J | | |
| 170. JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 01/20/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | Sold (part) | 10/27/09 | J | | |
| 172. PHARMACEUTICAL HOLDERS TR | | None | | | Sold (part) | 11/16/09 | J | | |
| 173. PROCTOR & GAMBLE | A | Dividend | J | T | Buy (add'l) | 01/22/09 | J | | |
| 174. PROCTOR & GAMBLE | A | Dividend | | | Buy (add'l) | 02/12/09 | J | | |
| 175. STANDARD & POORS MIDCAP 400 | B | Dividend | L | T | | | | | |
| 176. 3M COMPANY | A | Dividend | | | Sold | 08/12/09 | J | | |
| 177. AEGON NV 7250 | A | Dividend | J | T | | | | | |
| 178. PUBLIC STORAGE 7000 | B | Dividend | K | T | | | | | |
| 179. ROYAL BK SCOTLAND GP 7250 | A | Dividend | J | T | | | | | |
| 180. ML PFD CAP TRUST III 7375 | A | Interest | J | T | | | | | |
| 181. MORGAN STANLEY DEAN WITTER IRA #3: | | | | | | | | | |
| 182. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 04/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544